(102 So. 61)

### Ex parte John ORR. (6 Div. 256.)

(Supreme Court of Alabama. Oct. 6, 1924. Rehearing Denied Nov. 27, 1924.)

Certiorari to Court of Appeals.

Black & Harris, of Birmingham, and S. T. Wright, of Fayette, for petitioner.

Harwell G. Davis, Atty. Gen., and Curtis, Pennington & Pou, of Jasper, opposed.

PER CURIAM. Petition of John Orr for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Orr v. State, 20 Ala. App. 188, 102 So. 58.

Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.